AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:02CR3196 |
| William Edward Stonerook ) | USM No: 17733-047 |
| ) | |
| Date of Original Judgment: 01/28/2004 ) | |
| Date of Previous Amended Judgment: ) | David R. Stickman |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  168 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/28/2004  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/28/2015

*Judge's signature*

Effective Date:  11/02/2015     Laurie Smith Camp, Chief U.S. District Judge
*(if different from order date)*        *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: William Edward Stonerook
CASE NUMBER: 4:02CR3196
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 34 | Amended Total Offense Level: 32 | |
| Criminal History Category: IV | Criminal History Category: IV | |
| Previous Guideline Range: 210 to 262 months | Amended Guideline Range: 168 to 210 months | |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

The Defendant's pro se Motion for Reconsideration to Reduce Sentence - USSC Amendment (Filing No. 161) is granted, the Defendant's Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 165) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence - USSC Amendment (Filing No. 166) is approved.